RG
4-13-20

NTA.

FILED

2020 APR 13 P 2:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **20 MJ 9079** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 21 U.S.C. §§ 952 and 960 Importation of a Controlled Substance (Felony) |
| Thomas TRZUPEK, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about April 10, 2020, within the Southern District of California, defendant, Thomas TRZUPEK, did knowingly and intentionally import 500 grams and more, to wit: approximately 1.04 kilograms (2.30 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Justin Doucet
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 13th day of April, 2020.

HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Thomas TRZUPEK

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Justin Doucet.

On April 10, 2020 at approximately 3:16 a.m., Thomas TRZUPEK (TRZUPEK), a citizen and national of the United States of America, entered the United States at the Calexico, California West Port of Entry via the pedestrian primary lanes.

The primary inspector Customs and Border Protection Officer (CBPO) J. Avalos took a negative oral customs declaration from TRZUPEK. TRZUPEK claimed to be a United States Citizen by birth in Riverside, California. TRZUPEK was without any documentation of identity. TRZUPEK stated he was returning to Calexico, California after visiting a friend in Mexicali, Mexico. CBPO J. Avalos opted to refer TRZUPEK to secondary screening for a more in-depth inspection.

CBPO J. Avalos then asked a Canine Enforcement Officer Mendez to conduct a search of TRZUPEK's body and the canine alerted and responded to the presence of narcotics on TRZUPEK's person. CEO Mendez informed CBPO J. Avalos of the positive alert.

Once in a pedestrian secondary private room, CBPO J. Avalos conducted a pat down of TRZUPEK and felt an unusual bulge in his thigh area. In the presence of SCBPO J. Ibarra, two packages of white crystal-like substance were discovered taped to TRZUPEK's

3

thighs. The packages revealed a white crystal-like substance that field-tested positive for the presence of methamphetamine. The total combined weight was approximately 1.04 kilograms (2.30 pounds) of methamphetamine.

TRZUPEK was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960 for Importation of a Controlled Substance and issued a Notice to Appear dated May 7, 2020 at 10:00 a.m.